UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVELEN, INC. d/b/a REMAX PROFESSIONALS, Plaintiff | ) | C.A. No. |
| vs. | ) | CA 08 222 S |
| AON RISK SERVICES, INC. OF MINNESOTA d/b/a AON, Defendant | ) | |

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. §§ 1441 and 1446, defendant Aon Risk Services Central, Inc., successor by merger to Aon Risk Services, Inc. of Minnesota, hereby removes to this Court the state court action described below, on the basis of diversity of citizenship. In support of this Notice of Removal, defendant states:

1. On March 25, 2008, plaintiff Davelen, Inc. d/b/a ReMax Professionals commenced an action against Aon Risk Services, Inc. of Minnesota in the Superior Court of the State of Rhode Island, Kent County, captioned *Davelen, Inc. d/b/a ReMax Professionals v. Aon Risk Services, Inc. of Minnesota d/b/a Aon*, Civil Action No. KC08-0383. Defendant was provided a copy of the Second Amended Complaint on May 7, 2008, a copy of which is attached hereto as Exhibit A. Certified copies of all pleadings filed in the Superior Court of the State of Rhode Island, Kent County in this matter will be filed pursuant to DRI LR Cv 81(b).

2. This Notice of Removal is filed within thirty days of the first date on which defendant was served with a summons and complaint and is therefore timely under 28 U.S.C. § 1446(b).

3. This action is a civil action over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332 because this action is between citizens of different states and the

amount in controversy exceeds $75,000, exclusive of interest and costs. This action may be removed to this Court by defendant pursuant to 28 U.S.C. § 1441.

4. Plaintiff alleges in its Complaint that it is a real estate broker doing business in East Greenwich, Rhode Island. Complaint ¶ 1. Aon Risk Services, Inc. of Minnesota is the only named defendant in this civil action. Aon Risk Services, Inc. of Minnesota was incorporated under the laws of Minnesota and had its principal place of business in Illinois. On May 20, 2008, Aon Risk Services, Inc. of Minnesota merged with and into Aon Risk Services Central, Inc. Aon Risk Services Central, Inc. is incorporated under the laws of Illinois and has its principal place of business in Illinois. Therefore, there is diversity of citizenship.

5. Venue is proper in this court because plaintiff alleges that Aon Risk Services, Inc. of Minnesota conducts business in Rhode Island. Complaint ¶ 2.

6. Plaintiff's Complaint demands compensatory damages, cost of defense, loss of indemnification, loss of any other compensatory damage, punitive damages, interests, costs, and attorney's fees. *Id.*, Prayer for Relief. Although plaintiff's Complaint does not include an assessment of the damages plaintiff believes to be recoverable in this case, the nature of the claims establishes that the amount in controversy exceeds $75,000, exclusive of interests and costs.

7. Plaintiff's Complaint alleges that Aon Risk Services, Inc. of Minnesota, on behalf of plaintiff, submitted an application for professional liability insurance to the insurer, St. Paul/Travelers, that included an erroneous retroactive date. Complaint ¶ 6. Plaintiff's Complaint alleges that, because of the allegedly erroneous retroactive date, St. Paul/Travelers denied one of plaintiff's claims on the policy. *Id.* ¶ 6, 14. Plaintiff alleges Aon Risk Services, Inc. of Minnesota's breach of contract and negligence caused St. Paul/Travelers to deny its claims. *Id.*, Counts I and II.

8. The denied claim is inextricably tied to another complaint captioned *Stefania Carisi as the Administratrix of the Estate of Darryllyn Carisi, et al. v. Rhode Island Resource Recovery Corporation, et al.*, Civil Action No. 05-6429, filed in the Superior Court of the State of Rhode Island, Providence County ("Underlying Complaint"), a copy of which is attached hereto as Exhibit B. In the Underlying Complaint, plaintiff is named as defendant RE/MAX Professionals of East Greenwich. Plaintiffs in the Underlying Complaint include Ronald and Paula Tomassi, and Glenn Peterson and Theresa Pappas, who assert claims against plaintiff-in-this-case/defendant-in-the-Underlying-Complaint Davelen, Inc. d/b/a ReMax Professionals in the Fifth and Seventh Causes of Action for negligent and/or intentional misrepresentations, which caused damages, including for example for Paula Tomassi:

> personal injuries, pain and suffering, subject to future illness due to exposure to unhealthful emissions, interference with enjoyment of her property such that it is not reasonably habitable, materially interfering with the comfort of human existence, repeatedly over a lengthy period of time and continuing to date, interference with normal family life, fear and emotional reaction, diminution of her property value and other injuries and damages including damages for loss of her husband and daughter's society and companionship.

Underlying Complaint ¶ 25. Plaintiffs Ronald Tomassi, Glenn Peterson, and Theresa Pappas have largely identical claims for damages. *Id.* ¶¶ 26, 52-53.

9. Presumably, the loss of indemnification and defense damages sought by plaintiff in this case are for the insurance coverage plaintiff believes St. Paul/Travelers should have paid as coverage for the damages sought by plaintiffs in the Underlying Complaint. Based on the nature of the damages sought in the Underlying Complaint by four separate plaintiffs, it is apparent that the amount in controversy exceeds $75,000, exclusive of interests and costs.

10. Pursuant to 28 U.S.C. § 1446, written notice of the filing of this Notice of Removal will be served upon plaintiff's counsel and upon the Clerk of the Superior Court of the State of Rhode Island, Kent County.

WHEREFORE, defendant Aon Risk Services Central, Inc., successor by merger to Aon Risk Services, Inc. of Minnesota, prays that this action be removed from the Superior Court of the State of Rhode Island, Kent County to this Court.

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Janice W. Howe, Esq.
Cynthia M. Guizzetti, Esq.
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110-1726
(617) 951-8000
(617) 951-8736 FAX
janice.howe@bingham.com
cynthia.guizzetti@bingham.com

Dated: June 4, 2008

CERTIFICATE OF SERVICE

To:

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903

I hereby certify that I served on the above-named counsel of record a copy of the within Notice of Removal by mailing first class mail, postage prepaid, on the 4th day of June, 2008.

Lisa A. Lariviere