STATE OF RHODE ISLAND
KENT, SC.

SUPERIOR COURT

DAVELEN, INC. d/b/a REMAX PROFESSIONALS :

VS : C.A. NO.: KC08-0383

AON RISK SERVICES, INC. OF MINNESOTA d/b/a AON :

**SECOND AMENDED COMPLAINT**

1. Plaintiff, Davelen Inc. d/b/a ReMax Professionals, is a real estate broker doing business in East Greenwich, Rhode Island.

2. Defendant, AON Risk Services, Inc. of Minnesota d/b/a AON, is an insurance broker doing business in the State of Rhode Island.

3 The amount in controversy in this dispute is sufficient to meet the jurisdictional requirements of the court.

**COUNT I - Breach of Contract**

4. In June of 2005, Davelen, Inc. d/b/a ReMax Professionals (hereinafter "Davelen, Inc."), and AON Risk Services, Inc. of Minnesota d/b/a AON entered into an agreement through which AON Risk Services, Inc. of Minnesota d/b/a AON would assist Davelen, Inc. in the purchase of a real estate professional service liability protection policy covering errors and omissions.

5. Pursuant to this agreement, AON Risk Services, Inc. of Minnesota d/b/a AON did assist Davelen, Inc. in obtaining a policy of insurance with St. Paul/Travelers ("insurer") for a policy period beginning July 1, 2005.

6. When AON Risk Services, Inc. of Minnesota d/b/a AON submitted the application to the insurer to initiate the policy, the application contained an erroneous retroactive date (see Exhibit 1).

7. AON Risk Services, Inc. of Minnesota d/b/a AON breached its agreement with Davelen, Inc. when including the erroneous retroactive date in the application to St. Paul.

8. As a result of this breach of the agreement, Davelen, Inc. has suffered loss and expense when St. Paul denied a claim based on the erroneous retroactive date AON Risk Services, Inc. of Minnesota d/b/a AON included in the application.

**COUNT II - Negligence**

9. Plaintiff reasserts and realleges Paragraphs 1 through 8 of plaintiff's complaint as if fully set forth herein.

10. AON Risk Services, Inc. of Minnesota d/b/a AON held itself out as a competent broker with the ability to procure appropriate coverage for Davelen, Inc. in relation to its real estate business.

11. AON Risk Services, Inc. of Minnesota d/b/a AON owed a duty to Davelen, Inc. to act with reasonable care, skill, and diligence in representing Davelen, Inc.'s interests to St. Paul and other insurance carriers.

12. AON Risk Services, Inc. of Minnesota d/b/a AON submitted an application with an erroneous retroactive which date was contradicted by other information contained in the application.

13. By submitting the application, AON Risk Services, Inc. of Minnesota d/b/a AON breached its duty to act with reasonable care and skill and diligence to Davelen, Inc.

14. As a result of the negligence of AON Risk Services, Inc. of Minnesota d/b/a AON, the insurer where AON Risk Services, Inc. of Minnesota d/b/a AON placed the insurance, St. Paul, has denied Davelen, Inc.'s claim for indemnification and defense based on the erroneous retroactive date.

15. Davelen, Inc. has been damaged suffering loss and expense as the result of the insurer denying defense and indemnification for a claim and lawsuit submitted under the policy.

WHEREFORE, plaintiff demands judgment against defendant, AON Risk Services, Inc. of Minnesota d/b/a AON, for compensatory damages, cost of defense, loss of indemnification, loss of any other compensatory damage, and punitive damages, together with interest, costs, and reasonable attorney's fees pursuant to R.I.G.L. §9-1-45.

Plaintiff hereby demands a trial by jury on all counts and designates Thomas J. Cronin as trial counsel.

Plaintiff,
By and Through Its Attorneys,

Thomas J. Cronin (#5302)
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977