UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVELEN, INC. d/b/a REMAX PROFESSIONALS, Plaintiff | ) | |
| vs. | ) | C.A. No. 08-222S |
| AON RISK SERVICES, INC. OF MINNESOTA d/b/a AON, Defendant | ) | |

**ANSWER**

Defendant Aon Risk Services Central, Inc. ("Aon") hereby answers the Complaint in the above-captioned matter as follows.

1. Admitted.

2. Admitted that Aon Risk Services, Inc. of Minnesota ("Aon of Minnesota") was an insurance broker doing business in the State of Rhode Island. Answering further, Aon states that Aon of Minnesota merged with and into Aon as of May 20, 2008.

3. Paragraph 3 states a legal conclusion to which no response is required. To the extent a response is deemed required, paragraph 3 is admitted.

**Count I - Breach of Contract**

4. Admitted that in or around June, 2005, Aon of Minnesota orally agreed to assist plaintiff in procuring real estate professional services liability protection covering errors and omissions. Aon denies the remainder of the allegations set forth in paragraph 4 of the Complaint.

5. Admitted.

6. Denied. Answering further, Aon states that plaintiff left blank the question concerning the retroactive date on the application, and that the application was submitted to St. Paul/Travelers with the question left blank.

7. Paragraph 7 states a legal conclusion to which no response is required. To the extent a response is deemed required, the allegations of paragraph 7 are denied.

8. Denied that Aon of Minnesota breached its agreement with plaintiff. Aon is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations and therefore denies the remaining allegations of paragraph 8.

**Count II - Negligence**

9. Aon incorporates by reference its answers to the allegations contained in the above paragraphs as if fully set forth in this paragraph.

10. Aon admits it is a competent broker. Aon is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations and therefore denies the remaining allegations of paragraph 10.

11. Paragraph 11 states a legal conclusion to which no response is required. To the extent a response is deemed required, this paragraph is denied.

12. Denied.

13. Paragraph 13 states a legal conclusion to which no response is required. To the extent a response is deemed required, this paragraph is denied.

14. Denied that defendant acted negligently in any way or that the retroactive date was erroneous. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the remaining allegations and therefore denies the remaining allegations.

15. Defendant is without sufficient knowledge or information to form a belief as to the truth or falsity of the allegations in paragraph 15 and therefore denies paragraph 15.

**FIRST AFFIRMATIVE DEFENSE**

16. Plaintiff has failed to state a claim upon which relief can be granted.

**SECOND AFFIRMATIVE DEFENSE**

17. Plaintiff's claims are barred by the doctrines of waiver and estoppel.

**THIRD AFFIRMATIVE DEFENSE**

18. Plaintiff's alleged injuries and damages, if any, were caused by its own negligence.

**FOURTH AFFIRMATIVE DEFENSE**

19. Plaintiff's claims are barred because plaintiff has suffered no damages.

**FIFTH AFFIRMATIVE DEFENSE**

20. Plaintiff's claims are barred by plaintiff's failure to mitigate damages.

**SIXTH AFFIRMATIVE DEFENSE**

21. Plaintiff's claims and/or the claims in the litigation for which St. Paul/Travelers denied plaintiff's insurance claim are barred by the applicable statutes of limitations.

**SEVENTH AFFIRMATIVE DEFENSE**

22. Plaintiff's claims are barred by the economic loss doctrine.

**EIGHTH AFFIRMATIVE DEFENSE**

23. Plaintiff is not entitled to an award of attorneys' fees or punitive damages.

/s/ Gordon P. Cleary
Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Janice W. Howe, Esq.
Cynthia M. Guizzetti, Esq.
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110-1726
(617) 951-8000
(617) 951-8736 FAX
janice.howe@bingham.com
cynthia.guizzetti@bingham.com

Dated: June 4, 2008

CERTIFICATE OF SERVICE

To:

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903

I hereby certify that I electronically filed this Answer on June 4, 2008. The Answer is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary