(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

DAVELEN, INC. d/b/a REMAX PROFESSIONALS

Plaintiff(s)

v.
AON RISK SERVICES, INC. OF MINNESOTA d/b/a AON

Defendant(s)

Dkt. No. 08-222S

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant Aon Risk Services Central, Inc. hereby moves that Cynthia M. Guizzetti be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Gordon P. Cleary
Print Name

RI Bar ID # 1948

Vetter & White
Firm and Business Address
20 Washington Place
Providence, RI 02903

Email: gcleary@vetterandwhite.com

Tel. # 401-421-3060

Fax # 401-272-6803

**ORDER**

This motion is hereby _____ GRANTED _____ DENIED

District Judge

Date