UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVELEN, INC. d/b/a REMAX PROFESSIONALS, Plaintiff | ) | C.A. No. 08-222S |
| vs. | ) | |
| AON RISK SERVICES, INC. OF MINNESOTA d/b/a AON, Defendant | ) | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, defendant Aon Risk Services Central, Inc. states that it is a wholly owned subsidiary of Aon Risk Services, Inc. of Maryland, which is a wholly owned subsidiary of Aon Risk Services Companies, Inc., which is a wholly owned subsidiary of Aon Group, Inc., which is a wholly owned subsidiary of Aon Corporation. Aon Corporation is a publicly held company.

/s/ Gordon P. Cleary

Gordon P. Cleary, No. 1948
VETTER & WHITE
Attorneys for Defendant
20 Washington Place
Providence, Rhode Island 02903
(401) 421-3060
(401) 272-6803 FAX
gcleary@vetterandwhite.com

Janice W. Howe, Esq.
Cynthia M. Guizzetti, Esq.
BINGHAM MCCUTCHEN LLP
One Federal Street
Boston, Massachusetts 02110-1726
(617) 951-8000
(617) 951-8736 FAX
janice.howe@bingham.com
cynthia.guizzetti@bingham.com

Dated: June 4, 2008

CERTIFICATE OF SERVICE

To:

Thomas J. Cronin, Esq.
Gunning & LaFazia, Inc.
56 Pine Street
Providence, RI 02903

I hereby certify that I electronically filed this Corporate Disclosure Statement on June 4, 2008. The Corporate Disclosure Statement is available for viewing and downloading from the Court's Electronic Case Filing system. Service on the above-identified counsel of record will be effectuated by electronic means and by mailing first class mail, postage prepaid, to non-registered parties.

/s/ Gordon P. Cleary