STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: KC-2008-0383 DAVELEN, INC. V AON

Filing Date: 03-25-2008
Case Status: CLOSED DURING DISCOVERY

Case Type: CONTRACT DAMAGES
Status Date: 06-04-2008

Plaintiff: DAVELEN, INC. D/B/A REMAX PROFESSIONAI
ID: @10993024

Attorney: THOMAS CRONIN

Defendant: AON
ID: @10993025

## Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

## Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

## Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 03-25-2008 | COMPLAINT FILED | |
| 03-25-2008 | INITIAL FILING FEE | |
| 03-25-2008 | Payment Applied | A Payment of -$160.00 was made on receipt SCK60840. |
| 04-04-2008 | SUMMONS,PROOF OF SERVICE FILED | UPON DEFT AON |
| 04-08-2008 | AMENDED COMPLAINT FILED | Affiliated: DAVELEN, INC. D/B/A REMAX PROFESSIONALS |
| 04-11-2008 | SUMMONS,PROOF OF SERVICE FILED | UPON AON RISK SERVICES |
| 04-28-2008 | AMENDED COMPLAINT FILED | 2ND<br>Affiliated: DAVELEN, INC. D/B/A REMAX PROFESSIONALS |
| 05-05-2008 | SUMMONS,PROOF OF SERVICE FILED | Affiliated: AON |
| 06-04-2008 | NOTICE OF REMOVAL | Affiliated: AON |
| 06-04-2008 | CASE REMVD TO US DISTRICT CT | |
| 06-04-2008 | OTH DOC FILED DURING DISCOV | |

TRUE COPY ATTEST

[signature]

DAVID E. PERRY, CLERK
KENT COUNTY SUPERIOR COURT