(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

DAVELEN, INC. d/b/a REMAX PROFESSIONALS

Plaintiff(s)

v.
AON RISK SERVICES, INC. OF MINNESOTA d/b/a AON

Defendant(s)

Dkt. No. 08-222S

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant Aon Risk Services Central, Inc. hereby moves that Cynthia M. Guizzetti be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

[signature]
Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

[signature]
Signature of Local Counsel

Gordon P. Cleary
Print Name

Vetter & White
Firm and Business Address
20 Washington Place
Providence, RI 02903

RI Bar ID # 1948

Email: gcleary@vetterandwhite.com

Tel. # 401-421-3060

Fax # 401-272-6803

---

**ORDER**

This motion is hereby ✓ GRANTED ____ DENIED

WSM
District Judge

6/9/08

Date