Case 1:08-cv-00222-S-LDA Document 4 Filed 06/04/2008 Page 1 of 1

(Effective 3/17/2008)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT COURT OF RHODE ISLAND

DAVELEN, INC. d/b/a REMAX PROFESSIONALS

Plaintiff(s)

v.
AON RISK SERVICES, INC. OF MINNESOTA d/b/a AON

Defendant(s)

Dkt. No. 08-222S

**MOTION FOR ADMISSION PRO HAC VICE**

~~Plaintiff~~/Defendant Aon Risk Services Central, Inc. hereby moves that Janice W. Howe be admitted PRO HAC VICE in the above case as counsel with local counsel identified below.

Signature of Pro Hac Vice Applicant

I hereby certify that I have reviewed the Application for Pro Hac Vice Admission that is being submitted with the application fee, and I join in the foregoing motion. I acknowledge and agree to observe the requirements of LR Gen 204 in its entirety and as it relates to the participation and responsibilities of local counsel.

Signature of Local Counsel

Gordon P. Cleary
Print Name

Vetter & White
Firm and Business Address
20 Washington Place
Providence, RI 02903

RI Bar ID # 1948
Email: gcleary@vetterandwhite.com
Tel. # 401-421-3060
Fax # 401-272-6803

**ORDER**

This motion is hereby ✓ GRANTED ____ DENIED

WSM
District Judge
6/9/08

Date