UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

DAVELEN, INC. d/b/a REMAX PROFESSIONALS :

VS : DOCKET NO.: 08-222S

AON RISK SERVICES, INC. OF MINNESOTA d/b/a AON :

**WITHDRAWAL OF APPEARANCE**

I, Thomas J. Cronin, hereby withdraw my appearance on behalf of the plaintiff, Davelen, Inc. d/b/a Remax Professionals.

/s/ Thomas J. Cronin

Thomas J. Cronin (#5302)
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-7977

**CERTIFICATION**

The undersigned certifies that on this 11th day of July, 2008, a true copy of withdrawal of appearance was filed electronically with the United States District Court for the District of Rhode Island, and with all counsel of record via electronic mail.

/s/ Thomas J. Cronin