UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| DAVELEN, INC. d/b/a REMAX PROFESSIONALS | : | |
| VS | : | DOCKET NO.: 08-222S |
| AON RISK SERVICES, INC. OF MINNESOTA d/b/a AON | : | |

**ENTRY OF APPEARANCE**

I, Rajaram Suryanarayan, hereby enter my appearance on behalf of the plaintiff, Davelen, Inc. d/b/a Remax Professionals.

/s/ Rajaram Suryanarayan

Rajaram Suryanarayan (#4451)
GUNNING & LAFAZIA, INC.
56 Pine Street
Providence, RI 02903
Telephone #: (401) 521-6900
Fax #: (401) 521-6901
Direct Dial #: (401) 521-2647

**CERTIFICATION**

The undersigned certifies that on this 11th day of July, 2008, a true copy of entry of appearance was filed electronically with the United States District Court for the District of Rhode Island, and with all counsel of record via electronic mail.

/s/ Rajaram Suryanarayan